UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                Case No. 05-71512

JOSEPH TREVOR CROFF,                Honorable Patrick J. Duggan

       Defendant,

and

CITY OF EASTPOINTE,

       Garnishee.
_____/

## OPINION AND ORDER GRANTING DEFENDANT'S REQUEST FOR REDUCED GARNISHMENT

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan, on August 16, 2005.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
                       U.S. DISTRICT COURT JUDGE

Defendant was convicted of a felony and ordered to pay restitution to the United States in Criminal Case No. 02-80586. The United States issued this action seeking to continue garnishment of Defendant's pension toward payment of that judgment. Defendant requested a hearing because he claimed that his pension was exempt from

garnishment and that his wife depends upon the pension to support herself while Defendant is incarcerated. This Court referred the motion to Magistrate Judge Steven D. Pepe pursuant to 28 U.S.C. § 636.

On June 9, 2005, Magistrate Judge Pepe issued a Report and Recommendation (R&R) recommending that the amount garnished from Defendant's pension be reduced to one hundred dollars per month. At the conclusion of the R&R, Magistrate Judge Pepe advises the parties that they may object and seek review of the R&R within ten days of service upon them. Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Pepe.

Accordingly,

**IT IS ORDERED**, that the amount garnished from Defendant's pension be reduced to one hundred dollars ($100.00) per month.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Joseph Trevor Croff
#39219-039
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

AUSA Jacqueline M. Holtz

2